**Electronically Filed
Supreme Court
SCWC-22-0000510
02-OCT-2025
08:10 AM
Dkt. 38 ODAC**

SCWC-22-0000510

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

A.C., Individually and as Guardian Prochein Ami
for JANE DOE, a Minor,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Defendant/Cross-claimant/
Cross-claim Defendant-Appellee,

and

N.P.
Respondent/Defendant/Cross-claim Defendant/
Cross-claimant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000510; CASE NO. 5CC181000124)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Tonaki, in place of Recktenwald, C.J., recused)

Petitioner's Application for Writ of Certiorari, filed on August 5, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 2, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ John M. Tonaki

